ACCEPTED
15-25-00058-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/26/2025 12:18 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00058-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/26/2025 12:18:42 PM
CHRISTOPHER A. PRINE
Clerk

# In the Court of Appeals
# for the Fifteenth Judicial District

---

### THE BOARD OF REGENTS OF
### THE TEXAS A&M UNIVERSITY SYSTEM,

*Appellant*,

*v.*

### BE&K BUILDING GROUP, LLC,

*Appellee.*

---

On Appeal from the
272nd Judicial District Court, Brazos County

---

## UNOPPOSED MOTION FOR EXTENSION OF
## TIME TO FILE REPLY BRIEF

---

In accordance with Texas Rule of Appellate Procedure 10.5(b), Appellant the Board of Regents of the Texas A&M University System files this motion for extension of time to file its reply brief. Appellant's reply brief is currently due to be filed on September 2. Appellant requests a twenty-one-day extension of this deadline, up to and including September 23. This is Appellant's first request for an extension for this filing, and it is unopposed.

This request is necessary due to multiple engagements by Appellant's counsel that have required or will require significant attention since receiving Appellee's brief, including:

- an opening brief in *Cox v. State of Texas*, No. 15-25-00117-CV, due to be filed in in this court on August 27;

- a brief in *Texas A&M Queer Empowerment v. Mahomes*, No. 4:25-cv-00992, to be filed in the United States District Court for the Southern District of Texas on September 2;

- oral argument in *In re H.S., B.S., and M.S.*, No. 24-0307, before the Texas Supreme Court on September 9;

- a response to petition for review in *Mabee, et al v. Railroad Commission of Texas*, No. 25-0077, due to be filed in the Texas Supreme Court on September 17;

- review and possible petition for rehearing en banc in *Spectrum WT v. Wendler*, No. 23-10994, to be filed in the United States Court of Appeals for the Fifth Circuit by September 17;

- review and possible petition for rehearing en banc in *State of Texas v. Bondi*, No. 24-10386, to be filed in the United States Court of Appeals for the Fifth Circuit by September 29.

This extension is sought in the interest of justice, not for delay, and no party will be prejudiced if this unopposed request for an extension of time is granted. This is Appellant's first request for an extension of this deadline, and Appellees do not oppose.

For these reasons, Appellant respectfully requests that the Court grant its unopposed motion for a twenty-one-day extension of time to file its brief, resulting in a new deadline of September 23, 2025.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

WILLIAM R. PETERSON
Solicitor General

BRENT WEBSTER
First Assistant Attorney General

/s/ Jacob C. Beach
JACOB C. BEACH
Assistant Solicitor General
State Bar No. 24116083
Jacob.Beach@oag.texas.gov

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

Counsel for Appellants

## CERTIFICATE OF CONFERENCE

I certify that on August 26, 2025, I conferred with counsel for Appellee, who informed me that Appellee does not oppose the extension sought through this motion.

/s/ Jacob C. Beach
JACOB C. BEACH

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Amanda Ruch on behalf of Jacob Beach
Bar No. 24116083
amanda.ruch@oag.texas.gov
Envelope ID: 104855868
Filing Code Description: Motion
Filing Description: MET for Reply Brief_Final
Status as of 8/26/2025 12:22 PM CST

Associated Case Party: BE&K Building Group, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Frank Domino | 24038864 | frankdomino@mehaffyweber.com | 8/26/2025 12:18:42 PM | SENT |
| Thomas Crist | 24119645 | tcrist@beneschlaw.com | 8/26/2025 12:18:42 PM | SENT |
| Docket Department | | Docket2@beneschlaw.com | 8/26/2025 12:18:42 PM | SENT |
| Jonathon Korinko | | jkorinko@beneschlaw.com | 8/26/2025 12:18:42 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Athena Leyton | | athena.leyton@oag.texas.gov | 8/26/2025 12:18:42 PM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 8/26/2025 12:18:42 PM | SENT |
| William Farrell | | biff.farrell@oag.texas.gov | 8/26/2025 12:18:42 PM | SENT |
| Legal Secretaries | | osg-legalsecretaries@oag.texas.gov | 8/26/2025 12:18:42 PM | SENT |
| Jacob Beach | | jacob.beach@oag.texas.gov | 8/26/2025 12:18:42 PM | SENT |
| Amanda Ruch | | amanda.ruch@oag.texas.gov | 8/26/2025 12:18:42 PM | SENT |